UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. LINCOLN ANALYTICS, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> JACK AZAD et al., <br><br> Defendants. | Case No. 2:22-cv-08437-SB-PLA <br><br><br> ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    Relator Lincoln Analytics, Inc. filed its qui tam complaint against Defendants Jack Azad and Jack Azad M.D. Inc. on November 18, 2023.  Dkt. No. 1.  After the United States and California declined to intervene and the case was unsealed, Plaintiff effectuated personal service on Defendants on September 6, 2023.  *See* Dkt. No. 15.  Defendants failed to timely respond, and Relator has not sought entry of default.  Relator is ordered to show cause, in writing, no later than October 11, 2023, why its claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before October 11, 2023, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant.

    IT IS SO ORDERED.

Date: October 4, 2023

                                                               Stanley Blumenfeld, Jr.
                                                           United States District Judge